
HC
GMB
NG

AO 241 (Rev. 01/15)

FILED

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

### PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

__CHARLES EUGENE MOORE__
Plaintiff-Petitioner
*(Full name under which you were convicted.)*

Civil Action No. __5:20-CV-1373-LCB-GMB__
*(to be filled in by the Clerk's Office)*

Place of Confinement: __LIMESTONE CORRECTIONAL__

Prisoner No.: __#Z917332__

-v-

__ADOC ASSOCIATE COMMISSIONERS__
Respondent
*(Name of Warden, Superintendent, Jailer, or authorized person having custody of petitioner.)*

and

THE ATTORNEY GENERAL OF THE STATE OF ALABAMA

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging. Do not use this form unless you were convicted in one of the following counties: BIBB, BLOUNT, CALHOUN, CHEROKEE, CLAY, CLEBURN, COLBERT, CULLMAN, DEKALB, ETOWAH, FAYETTE, FRANKLIN, GREENE, JACKSON, JEFFERSON, LAMAR, LAUDERDALE, LAWRENCE, LIMESTONE, MADISON, MARION, MARSHALL, MORGAN, PICKENS, SHELBY, ST. CLAIR, SUMTER, TALLADEGA, TUSCALOOSA, WALKER, WINSTON.

__MADISON COUNTY__

   (b) Criminal docket or case number (if you know): __CC12-1402__

2. (a) Date of the judgment of conviction (if you know): __12/10 2013__
   (b) Date of Sentencing: __11/13/2014__

3. Length of Sentence: __15 YEARS WITH GOODTIME__

1

4. In this case, were you convicted on more than one count or more than one crime? ☐ Yes ☒ No

5. Identify all crimes of which you were convicted and sentenced in this case: _ROBBERY II_

_____

_____

_____

_____

_____

6. (a) What was your plea? (Check one)

      ☐ (1) Not guilty      ☐ (3) Nolo contendere (no contest)

      ☒ (2) Guilty      ☐ (4) Insanity plea

  (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_____

_____

_____

_____

  (c) If you went to trial, what kind of trial did you have? (Check one)

      ☐ Jury      ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    ☐ Yes      ☐ No

8. Did you appeal from the judgment of conviction?

    ☐ Yes      ☐ No

9. If you did appeal, answer the following:
  (a) Name of court: _____
  (b) Docket or case number (if you know): _____
  (c) Result: _____
  (d) Date of Result (if you know): _____
  (e) Citation to the case (if you know): _____
  (f) Grounds raised: _____

_____

(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand jury or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

**GROUND ONE:** VIOLATES MY LIBERTY INTEREST IN GOOD TIME CREDITS ON 1/15/2017 "WRONGFUL ACT," "DUE PROCESS OF THE LAW."

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):
ON 1/15/2017 MY LIBERTY INTEREST IN GOODTIME CREDITS WAS VIOLATED EARNING 75 DAYS FOR EVERY 30 DAYS SERVED UNDER STATE LAW OF ALABAMA AND HAD A FOUR MONTH CLEAR RECORD AND WAS ENTITLED TO 300 DAYS GOODTIME CREDITS THAT I'VE EARNED BUT THE ADOC ASSOCIATE COMMISSIONER VIOLATED MY LIBERTY INTEREST IN GOODTIME CREDITS GIVING & RESTORING ME SIX MONTHS

(b) If you did not exhaust you state remedies on Ground One, explain why: _____

(c) **Direct Appeal of Ground One:**
   (1) If you appealed from the judgment of conviction, did you raise this issue   ☐ Yes   ☐ No
   (2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**
   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
   ☐ Yes   ☒ No
   (2) If your answer to Question (d)(1) is "Yes," state:
   Type of motion or petition: _____

6

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If you answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise the issue:

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

I'VE DOCUMENTED THIS WITH MADISON COUNTY COURT CLERK AUG 24, 2020 AND WITH THE DEPT OF JUSTICE IN WASHINGTON D.C.

**GROUND TWO:** LIBERTY INTEREST IN GOODTIME CREDITS VIOLATED BY ADOC ASSOCIATE COMMISSIONER" 4/9/2017

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

ON 4/9/2017 THE ADOC ASSOCIATE COMMISSIONER VIOLATED MY LIBERTY INTEREST IN GOODTIME CREDITS BY GIVING

7

AND RESTORING ME "NINE MONTHS GOODTIME CREDITS" WHEN I EARNED AND WAS ENTITLED TO "300 DAYS GOODTIME CREDITS" EARNING "75 DAYS FOR EVERY 30 DAYS SERVED AND HAD AN EIGHT MONTH CLEAR RECORD BUT "75 DAYS FOR EVERY 30 DAYS SERVED IN THE FOUR MONTHS THAT'S " 300 DAYS.

(b) If you did not exhaust you state remedies on Ground Two, explain why: _____

_____
_____
_____
_____
_____
_____

(c) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue    ☐ Yes   ☐ No

    (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
        ☐ Yes    ☐ No

    (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

    (3) Did you receive a hearing on your motion or petition?    ☐ Yes   ☐ No

    (4) Did you appeal from the denial of your motion or petition?    ☐ Yes   ☐ No

    (5) If you answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes   ☐ No

8

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise the issue:

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two:

"I EXHAUSTING MY REMEDIES IN MADISON COUNTY STATE COURTHOUSE ON 8/24/2020 AND DOCUMENTED THIS WITH THE DEPT OF JUSTICE IN WASHINGTON DC WITH SUBSTANTIAL EVIDENCE.

**GROUND THREE:** ADOC ASSOCIATE COMMISSIONER VIOLATED MY LIBERTY INTEREST IN GOODTIME CREDIT ON 11/12/2017.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

ON 11/12/2017 THE ADOC ASSOCIATE COMMISSIONER VIOLATED MY LIBERTY INTEREST IN GOODTIME CREDIT ONLY RESTORING ME 30 DAYS GOODTIME CREDITS WHEN I WAS ENTITLED TO " 225 DAYS GOODTIME CREDITS THAT "I'VE EARNED HAVING A "THREE MONTH CLEAR RECORD EARNING "75 DAYS FOR EVERY 30 DAY SERVED UNDER STATE LAW OF ALABAMA. "WRONGFUL ACT" "DUE PROCESS OF THE LAW!"

(b) If you did not exhaust you state remedies on Ground Three, explain why: _____

_____

_____

_____

_____

9

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

"I EXHAUST MY STATE REMEDIES ON AUGUST 24, 2020 IN MADISON COUNTY COURTHOUSE AND DOCUMENTED THIS THE US JUSTICE DEPT IN WASHINGTON D.C WITH SUBSTANTIAL EVIDENCE.

**GROUND FOUR:** ON 8/3/2018 THE ADOC ASSOCIATE COMMISSIONER VIOLATED MY LIBERTY INTEREST IN GOODTIME CREDITS.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

ON 8/3/2018 THE ADOC ASSOCIATE COMMISSIONER VIOLATED MY LIBERTY INTEREST IN GOODTIME CREDITS ONLY RESTORING ME "EIGHT MONTHS" GOODTIME CREDITS WHEN "I WAS ENTITLED TO "525 DAYS GOODTIME CREDITS" HAVING A "SEVEN MONTH" CLEAR RECORD AND EARNS 75 DAYS FOR EVERY 30 DAYS SERVED UNDER STATE LAW OF ALABAMA "WRONGFULL ACTS" "DUE PROCESS OF THE LAW."

(b) If you did not exhaust you state remedies on Ground Four, explain why:

(c) **Direct Appeal of Ground Four:**
  (1) If you appealed from the judgment of conviction, did you raise this issue   ☐ Yes  ☐ No
  (2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**
  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
  ☐ Yes  ☐ No
  (2) If your answer to Question (d)(1) is "Yes," state:
  Type of motion or petition:
  Name and location of the court where the motion or petition was filed:

11

GROUND FIVE:

DUE PROCESS OF THE LAW:

ON 3/27/2019 THE ADOC ASSOCIATE COMMISSIONER VIOLATED MY LIBERTY INTEREST IN GOODTIME CREDITS ONLY RESTORING "10 DAYS" GOODTIME CREDITS, WHEN I EARNED "75 DAYS FOR EVERY 30 DAYS SERVED UNDER STATE LAW OF ALABAMA AND AT THE TIME HAD A "SIX MONTH CLEAR RECORD" AND WAS ENTITLED TO "450 DAYS GOODTIME CREDITS THAT WOULD HAVE COMPLETED MY SENTENCE UNDER E.O.S." I ALSO DOCUMENTED THIS WITH THE JUSTICE DEPT IN WASHINGTON, D.C. WITH SUBSTANTIAL PROOF OF EVIDENCE:

GROUND SIX:

ON 7/9/2019 THE ADOC ASSOCIATE COMMISSIONER VIOLATED MY LIBERTY INTEREST IN GOODTIME CREDITS ONLY RESTORING ME 6 MONTHS & 20 DAYS GOODTIME CREDITS WHEN I EARN 75 DAYS FOR EVERY 30 DAYS UNDER STATE LAW OF ALABAMA AND HAD A "NINE MONTH CLEAR RECORD" AND WAS ENTITLED TO "675 DAYS" GOODTIME CREDITS THAT WOULD HAVE ALSO COMPLETED MY SENTENCE UNDER END OF SENTENCE AND THE ADOC ASSOCIATE COMMISSIONERS HAVE NEVER FOLLOWED THE STATE LAW OF RESTORING MY GOODTIME CORRECT OF ME EARNING 75 DAYS FOR EVERY 30 DAYS SERVED VIOLATING MY FEDERAL CONSTITUTIONAL LIBERTY INTEREST IN GOODTIME CREDITS VIOLATING THE FOURTEENTH AMENDMENT DUE PROCESS OF THE LAW AND "I HAVE SUBSTANTIAL PROOF AND EVIDENCE WHICH IS MY ADOC INMATE SUMMARY THAT CLEARLY SHOWS MY LENGTH OF CLEAR RECORD & WHAT THE ASSOCIATE COMMISSIONERS INADEQUATELY RESTORED OUT OF EVIL INTENT, AND SHOWS WHAT I'M ENTITLED TO:

GROUND SEVEN: **DUE PROCESS OF THE LAW.**

"ON MARCH 2020, MY GOODTIME WAS SUBMITTED TO THE ADOC ASSOCIATE COMMISSIONER STEVE WATSON WHO NEVER RESTORED MY GOODTIME CREDITS FROM MARCH 17-TO-AUGUST 17, 2020 AND IN FIVE MONTHS WAS IN STRONG NEGLIGENCE ACTING WITH A DELIBERATE INDIFFERENCE TO BASIC HUMAN NEEDS WHEN ME, MY FATHER, AND CLASSIFICATION SUPERVISOR AT ~~█████~~ LIMESTONE CORRECTIONAL NOTIFIED HIM ON THIS ISSUE NUMEROUS TIMES AND THESE UNCONSTITUTIONAL ISSUES HAS CAUSED ME PAIN & HUMAN SUFFERING, NERVE DAMAGES THAT ARE SEVERE & SHARP, MENTAL STRESS, DEPRESSION OF ANXIETY, POST TRAUMATIC STRESS DISORDER, AND PSYCHOLOGICAL TORTURE & STRESS AND THESE UNCONSTITUTIONAL ISSUES ALL VIOLATES THE EIGHTH AMENDMENT BAN ON CRUEL AND UNUSUAL PUNISHMENT INTENTIONALLY TRYING TO TRAP ME IN THIS HORRENDOUS ADOC BROKEN PRISON SYSTEM THAT IS OVERCROWDED AND HAS CORRUPT DEPLORABLE POOR PRISON ADMINISTRATOR, AND ALL MY STATE REMEDIES IN THIS HABEAS PETITION HAS BEEN EXHAUSTED IN MADISON COUNTY COURT ~~█████~~ HOUSE IN HUNTSVILLE, ALABAMA" ON AUG 20, 2020 AND ON AUGUST 24, 2020 AND DOCUMENTS WITH DEPT OF JUSTICE ~~██~~ IN WASHINGTON, D.C. WITH SUBSTANTIAL EVIDENCE AND PROOF THAT CAN BE VERIFIED, AND "THE DR. SEEN ME ON 8/26/2020 ON MY SEVERE SHARP NERVE DAMAGES REQUESTING PHYSICAL THEARPY, X-RAYS, AND HAS TAKEN BLOOD LAB WORK TO SEE THE MEDICATION I NEED, AND "I'M ON THE MENTAL HEALTH CASE LOAD TAKING MENTAL HEALTH MEDICATION."

7

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If you answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise the issue:

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

I EXHAUST MY STATE REMEDIES ON AUGUST 24, 2020 AND DOCUMENTED THIS TO DOJ IN WASHINGTON, D.C. WITH SUBSTANTIAL PROOF.

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☐ Yes ☑ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

"I PRESENTED ALL GROUNDS TO THE NEAREST STATE COURTS IN MADISON COUNTY COURTHOUSE

12

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

*AND WITH THE DEPT OF JUSTICE IN WASHINGTON, D.C. AND NOTHING WAS PRESENTED TO THE ALABAMA SUPREME COURT DUE TO BEING CIVICALLY ENGAGED IN EVERY DISTRICT FED COURTS IN AL*

*EVERY GROUND IN THIS PETITION WAS PRESENTED TO THE STATE COURTS IN MADISON COUNTY AND DOCUMENTED WITH THE DEPT OF JUSTICE IN WASHINGTON, D.C. IN AUGUST 2020.*

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  ☐ Yes  ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?  ☐ Yes  ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

(b) At arraignment and plea: _____

(c) At trial: _____

(d) At sentencing: _____

13

Therefore, petitioner asks that the Court grant the following relief: "IMMEDIATE RELEASE;" E.O.S., "FELONY CONVICTION EXPUNGED;" EVIDENTIARY HEARING, FAST & SPEEDY TRIAL JUDGMENT, ANY ADDITIONAL RELIEF THIS COURT DEEMS or any other relief to which petitioner may be entitled. JUST.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison on  9/13/2020  (month, date, year).

Executed (signed) on  9/14/2020  (date).

_____
Signature of Petitioner

16